UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-CV-60481-DIMITROULEAS

REGINALD R. LOCKHART, an individual, on behalf of himself and all others similarly situated,
Plaintiff(s),
v.
REAL TIME RESOLUTIONS, INC., a Texas corporation,
Defendant(s).
_____/

FILED BY _____ D.C.

AUG 07 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Robert W. Murphy, Esquire
Law Office of Robert W. Murphy
1212 S.E. 2nd Avenue
Fort Lauderdale, FL 33316
Email: rwmurphy@lawfirmmurphy.com

Cary A. Lubetsky, Esquire
Aniella Gonzalez
Krinzman Huss & Lubetsky
800 Brickell Avenue, Ste. 1501
Miami, FL 33131
Email: cal@khllaw.com
ag@khllaw.com

Matthew Wrenshall, Esquire
Abraham Colman, Esquire
Felicia Yu, Esquire
Reed Smith, L.L.P.
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Email: mwrenshall@reedsmith.com
acolman@reedsmith.com
fyu@reedsmith.com

## NOTICE OF MEDIATION

**YOU ARE HEREBY NOTIFIED,** pursuant to the agreement of the parties and the provisions of Florida Statutes Chapter 44, that a Mediation Conference has been scheduled as follows:

*Mediator:* **Charles N. Tetunic**
*Mediation Date:* **August 27, 2015**
*Mediation Time:* **4:00P.M.**
*Mediation Location:* **Upchurch Watson White & Max, Royal Palm II at Southpointe, 900 S. Pine Island Road, Suite 410, Plantation, FL, 33324.**
*Time Reserved:* **2.00 Hours**

The terms and provisions of the confirmation letter accompanying this Notice of Mediation are hereby incorporated by reference into this Notice of Mediation.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled to the provision of certain assistance at no cost to you. Please contact the ADA Coordinator in the Administrative office of Upchurch Watson White & Max, 125 S. Palmetto Avenue, Daytona Beach, FL 32114, Telephone 386-253-1560 or 800-264-2622, within two (2) working days of receipt of this Notice of Mediation.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mediation has been served by e-mail to the above named addressees on Monday, August 03, 2015.

UPCHURCH WATSON WHITE & MAX
Royal Palm at Southpointe
900 South Pine Island Road, Suite 410
Plantation, FL 33324
Phone: 954-423-8856 / Fax: 954-334-2838
Toll Free: 800-863-1462
Website: www.uww-adr.com

BY: *[signature]*

Charles N. Tetunic, Esquire~ Shareholder
FL Bar No. 336191
FOR: Charles N. Tetunic