**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

REGINALD R. LOCKHART, an individual, on behalf of himself and all others similarly situated,

Plaintiff,

CASE NO.: 0:15-cv-60481-WPD

**CLASS ACTION**

vs.

REAL TIME RESOLUTIONS, INC., a Texas corporation,

Defendant.

_______________________________________/

**DECLARATION OF ROBERT W. MURPHY**

THE UNDERSIGNED, Robert W. Murphy, hereby declares pursuant to 28 U.S.C. §1746, as follows:

***Services of Class Counsel***

1. I am counsel of record for Plaintiff, Reginald R. Lockhart, individually, and on behalf of all others similarly situated ("Mr. Lockhart" or "Class Representative"), in that certain case styled "*Reginald R. Lockhart, an individual, on behalf of himself and all others similarly situated v. Real Time Resolutions, Inc., a Texas corporation.*, In the United States District Court, Southern District of Florida, Case No.:15-cv-60481-WPD" ("Class Action").

2. The Class Action involves claims brought on behalf of Mr. Lockhart and a class of persons similarly situated ("Class") against Defendant, Real Time Resolutions, Inc., a Texas corporation ("RTR"), with respect to violations of the requirements of 15 U.S.C. §1692, *et sequi,* known more commonly as the "Fair Debt Collection Practices Act" ("FDCPA").

3. In the course of litigation of the Class Action, Declarant ("Class Counsel"), conducted a substantial investigation as to the factual and legal merits of the claims of Mr. Lockhart and the Class under the FDCPA.

***Details Concerning Attorney's Fees Claim***

4. With respect to the representation of Mr. Lockhart and the Class, Class Counsel was employed under a written contingency fee agreement which predicated the payment of attorney's fees on the successful conclusion of the litigation on behalf of Mr. Lockhart and the members of the Class.

5. Class Counsel utilizes a computerized time-keeping system which records and tracks time on a daily basis. The policy and practice of Class Counsel is to record time contemporaneously.

6. Class Counsel exercised time-keeping discretion in order to avoid the recording of time which would be duplicative or unnecessary to the prosecution of the claims of Mr. Lockhart and the members of the Class.

7. As of October 12, 2016, Class Counsel has expended 77.3 hours at his customary hourly rate of $475.00, for the sum of $36,717.50 in representation of the Class in this matter.

8. The contemporaneously kept records of Class Counsel reflecting services rendered in this litigation will be produced to the Court if requested.

9. Declarant believes that an additional 17 hours of attorney time for Declarant will be spent preparing for and attending the final approval hearing, issuance of settlement checks, addressing class member inquiries, and related matters to closure, but have not shown such time on the time sheets.

10. Based on the experience of Declarant in other similar class actions, it is anticipated that substantial attorney time being will be incurred after final approval upon distribution of funds by the Settlement Administrator. In particular, Class Counsel's office will receive a significant number of inquiries both in writing and by telephone from class members who receive class settlement distribution checks. Typically, upon receipt of the check, the class members will contact Class Counsel's office to request an explanation of the terms of settlement, notwithstanding their prior receipt of a class notice or submission of a claim form. As part of the practice and policy of Class Counsel's office, Declarant endeavors to personally respond to the inquiries from a class member.

11. The customary hourly rate for services by Declarant is $475.00 per hour.

12. The lodestar calculation for attorney's fees for time expended or to be expended is 77.3 hours and 17 hours anticipated additional time x $475.00/hour, for a total of $44,317.50.

13. Declarant has advanced in excess of $445.00 in taxable costs and litigation expense, consisting of the following:

| | | |
|---|---|---|
| Filing Fee - U.S. District Court | | $ 400.00 |
| Service of Process fees | | $ 45.00 |
| | TOTAL: | $ 445.00 |

14. The incurred attorney's fees and costs are taxable, reasonable and necessary in the litigation of this matter.

15. Class Counsel did not discuss attorney's fees with RTR or its counsel until a resolution of the merits was reached in order to avoid the appearance of impropriety and conflict.

PURSUANT TO 28 U.S.C.§1746, I CERTIFY, UNDER PENALTY OF PERJURY, THE FOREGOING IS TRUE AND CORRECT.

Executed this 12 day of October, 2016 in Fort Lauderdale, Florida.

ROBERT W. MURPHY